| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*: | | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ Recording requested by and return to:<br>W. Lee Biddle<br>501 W. Broadway, #1450<br>San Diego, CA 92101<br>☒ Attorney For   ☒ Judgment Creditor   ☐ Assignee of Record | Telephone No: 619-233-3131<br><br>Bar No. 217128 | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

Plaintiff: IBLC Abogados, S.C.

Defendant: Philip Bracamonte, as Trustee of Bracamonte Family Trust

**WRIT OF**
☒ EXECUTION (Money Judgment)
☐ POSSESSION OF   • Personal Property
                  • Real Property
☐ SALE

Case No. 11cv2380GPC(BGS)

For Court Use Only

1. To the Sheriff or an Marshal or Constable of the County of:
   San Diego
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to service this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name)*: Philip Bracamonte
   is the ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.
4. Judgment debtor *(name and last know address)*:
   Alfredo Andere-Mendiolea
   3006 Sandover Court
   Bonita, CA 91902-2128

5. ☒ Additional judgment debtors on reverse
   Judgment entered on *(Date)*: 8/13/14
6. ☐ Judgment renewed on *(Date(s))*:
7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see reverse)*.
8. ☐ Joint debtor information on reverse.
   (Seal)

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment..................$ 50,000.00
12. Costs after judgment (per filed order or memo CCP 685.090) ...................$
13. Subtotal (add 11 and 12)............$ 50,000.00
14. Credits ............................$ 0.00
15. Subtotal (subtract 14 from 13).......$ 50,000.00
16. Interest after judgment (per filed affidavit CCP 685.050)....................$ 0.00
17. Fee for issuance of writ.....$
18. **TOTAL** (add 15, 16 and 17).........$ 50,000.00
19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of...$
20. ☐ The amounts called for items 11-19 are different for each debtor. These amounts are stated for each debtor on a separate sheet.

Issued On: 10/17/14

John Morrill, Clerk of Court
By _____, Deputy

::ODMA\PCDOCS\WORDPERFECT\14516\2 May 4, 1999 (2:13pm)

Page 1

## WRIT OF EXECUTION

| SHORT TITLE: IBLC Abogados, S.C. v. Bracamonte | CASE NUMBER: 11cv2380GPC(BGS) |
|---|---|

Items continued from the first page:

4. **X** Additional judgment debtor *(name and last known address)*:

| IBLC Abogados, S.C. | 3006 Sandover Court<br>Bonita, CA 91902-2128 |
|---|---|

7. Notice of sale has been requested by *(name and address)*:

|  |  |
|---|---|
|  |  |

8. Joint debtor was declared bound by the judgment (CCP 989-994)
   a. On *(date)*:
   b. Name and address of joint debtor:
   a. On *(date)*:
   b. Name and address of joint debtor:

|  |  |
|---|---|
|  |  |

   c. additional costs against certain joint debtors *(itemize)*:

9. *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:

   a. Possession of real property:   The complaint was filed on *(date)*:

   (1) The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

   (2) The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
      (a) $                was the daily rental value on the date the complaint was filed.
      (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following date(s) *(specify)*:

   b. Possession of personal property

   • If delivery cannot be had, then for the value *(itemized in 9e)* specified in the judgment or supplemental order.

   c. Sale of personal property
   d. Sale of real property
   e. Description of property:

---

-Notice to person served-

**Writ of Execution or Sale**. Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of Possession or Personal Property**. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of Possession of Real Property**. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Personal property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

• A Claim of Right to Possession form accompanies this writ *(unless the Summons was served in compliance with CCP 415.46)*

---

WRIT OF EXECUTION

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>IBLC Abogados, S.C. | COURT CASE NUMBER<br>11cv2380 GPC(BGS) |
|---|---|
| DEFENDANT<br>Philip Bracamonte, as trustee of Bracamonte Family Trust | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JP Morgan Chase Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 West Broadway, Suite 100, San Diego, CA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

W. Lee Biddle
Ferris & Britton, APC
501 W. Broadway, Suite 1450
San Diego, CA 92101

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please seek funds to statisfy $50,000 judgment from any accounts held by judgment debtors Alfredo Andere-Mediolea and or IBLC Abogados, S.C. These may include account number 1004246509.

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 619-233-3131
DATE: 10/15/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Address *(complete only different than shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date   Time   ☐ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13